# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:10-CR-00004 |
| *Plaintiff,* | ORDER |
| v. | |
| SABRINA ROCHELLE COLES, | JUDGE NORMAN K. MOON |
| *Defendant.* | |

By order of this Court, the guilty plea hearing in this matter was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(3), for proposed findings of fact and a recommended disposition. The Magistrate filed his report on May 5, 2010, recommending that this Court accept the Defendant's plea of guilty to Count One of the Indictment and adjudge him guilty of that offense. The report also directed that a presentence report be prepared.

After a careful review of the record, and no objection having been filed to Judge Crigler's report within ten (10) days of its service upon the parties, the Court ADOPTS the report in its entirety, ACCEPTS the Defendant's plea of guilty to Count One of the Indictment, and ADJUDGES him guilty of that offense.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

It is so ORDERED.

ENTERED: This 21st Day of May, 2010.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE